IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| V.A.L. FLOORS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 08-CV-5680 |
| | : | |
| 1419 TOWER, L.P. and | : | |
| SHOEMAKER CONSTRUCTION CO., | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 8th day of July 2009, upon consideration of the Motion to Consolidate of Defendant Shoemaker Construction Company [Doc. No.14], and Plaintiff V.A.L. Floors' Response in opposition [Doc. No. 18], it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

                                                                             **BY THE COURT:**

                                                                             /s/ Cynthia M. Rufe

                                                                             _____

                                                                             **CYNTHIA M. RUFE, J.**